Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29969−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard L Johnikins, Jr.
   26 Birch Avenue
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−7083

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/23/20 at 10:00 AM

to consider and act upon the following:

*28* − Application for Extension of Loss Mitigation Period. Filed by Donald C. Goins on behalf of Howard L Johnikins, Jr.. Objection deadline is 3/27/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Goins, Donald)

*29* − Objection to Application for Extension of the Loss Mitigation Period (related document:28 Application for Extension of Loss Mitigation Period. Filed by Donald C. Goins on behalf of Howard L Johnikins, Jr.. Objection deadline is 3/27/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Howard L Johnikins, Jr.) filed by Denise E. Carlon on behalf of Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 3/30/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court