Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 19−29969−JKS
           Chapter: 13
           Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard L Johnikins, Jr.
   26 Birch Avenue
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−7083

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/7/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 7, 2021
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29969-JKS |
| Howard L Johnikins, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: 148 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Howard L Johnikins, Jr., 26 Birch Avenue, Plainfield, NJ 07062-1310 |
| 518525380 | + | Bank Of America / Spirit, PO Box 982235, El Paso, TX 79998-2235 |
| 518589735 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518525383 | | Homebridge, PO Box 77404, Ewing, NJ 08628-6404 |
| 518639610 | + | Manufacturers and Traders Trust Company et. al,, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2021 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2021 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518525381 | | EDI: BMW.COM | Jan 08 2021 02:03:00 | BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016-0000 |
| 518533590 | + | EDI: AISACG.COM | Jan 08 2021 02:03:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518525382 | + | EDI: CAPITALONE.COM | Jan 08 2021 02:03:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518553039 | + | EDI: AIS.COM | Jan 08 2021 02:03:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518622823 | | EDI: Q3G.COM | Jan 08 2021 02:03:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518525384 | | EDI: TDBANKNORTH.COM | Jan 08 2021 02:03:00 | TD BANK NA, 32 CHESTNUT ST CARDS, LEWISTOWN, ME 04240-7765 |
| 518525385 | | EDI: WFFC.COM | Jan 08 2021 02:03:00 | WELLS FARGO CARD SERVICES, PO BOX 5445, PORTLAND, OR 97228-5445 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518555062 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, Pob 78103, Phoenix, AZ 85062 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: 148 | Total Noticed: 14 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**          **Email Address**

Denise E. Carlon
 on behalf of Creditor Manufacturers and Traders Trust Company  a/k/a M&T Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald C. Goins
 on behalf of Debtor Howard L Johnikins  Jr. dcgoins1@gmail.com, G25787@notify.cincompass.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Rebecca Ann Solarz
 on behalf of Creditor Manufacturers and Traders Trust Company  a/k/a M&T Bank, successor by merger with Hudson City Savings Bank rsolarz@kmllawgroup.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5